HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS R. HOPKINS,

        Plaintiff,

v.

DR. JOHN WALSTRUM, et al,

        Defendants.

Case No. C07-5161 RBL

ORDER

THIS MATTER comes on before the above-entitled Court sua sponte.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On April 4, 2007 this Court entered an Order directing plaintiff to provide a properly signed and dated Application to Proceed In Forma Pauperis and Written Consent for Payment of Costs From Any Recovery Under Local Rule (3)(b) on or before April 17, 2007 or face dismissal of his complaint. [Dkt. #3]. To date, plaintiff has not filed the documents; therefore, his complaint is **DISMISSED**.

On April 16, 2007 plaintiff filed an "Emergency Motion for Emergency Restraining Order" [Dkt. #4] naming a defendant not named in his original complaint. Because this matter has been dismissed for failure to abide by this Court's April 4, 2007 Order, and because the motion seeks to restrain a defendant over which the Court does not have jurisdiction, this motion is **DISMISSED**.

**IT IS SO ORDERED.**

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of April, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2