# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS R. HOPKINS,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

    v.

DR. JOHN WALSTRUM, et al.,               CASE NUMBER: C07-5161RBL

        Defendants,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Complaint is DISMISSED.

Plaintiff's "Emergency Motion for Emergency Restraining Order" (Dkt. #4) is DISMISSED.

    April 24, 2007                                     BRUCE RIFKIN
                                                                   Clerk

                                                                  /s/ Pat LeFrois
                                                                  Deputy Clerk