HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS R. HOPKINS,

        Plaintiff,

    v.

DR. JOHN WALSTRUM, et al,

        Defendants.

Case No. C07-5161RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon a "Praecipe" filed by plaintiff [Dkt. #6].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On April 2, 2007 plaintiff filed an application to proceed *in forma pauperis* with an attached complaint [Dkt. #1]. On April 4, 2007 this Court entered an Order directing plaintiff to re-file signed copies of his motion to proceed *in forma pauperis* on or before April 17, 2007 [Dkt. #3]. On April 20, 2007 this Court entered an Order dismissing plaintiff's complaint because he failed to abide by the Court's Order to file a signed application to proceed *in forma pauperis* by the due date of April 17, 2007 [Dkt. #5]. Apparently after receipt of the Court's Order of April 20. 2007, plaintiff came to the Clerk's Office that same day and filed a "Praecipe" with the signed application. The Court will consider the "Praecipe" as a motion for reconsideration of the Court's Order dismissing the matter. The motion for reconsideration is **GRANTED**.

ORDER
Page - 1

1  Plaintiff shall be afforded *in forma pauperis* status before the Court. The Clerk is directed to file plaintiff's
2  complaint.

3  The complaint alleges that defendants Dr. John Walstrum, Clover Park Technical College's President,
4  the college, Helen Nagle, an instructor, and eleven John Doe students discriminated against him because of
5  his age resulting in his failing an English course at the school. While it is true that age discrimination is
6  prohibited in the workplace, 29 U.S.C. §621 et. seq., classifications based upon age are not constitutionally
7  protected. *See e.g. Taylor v. Rancho Santa Barbara*, 206 F.3d 932 (9th Cir. 2000). Plaintiff does not allege
8  age discrimination on the workplace, but alleges that he received a failing grade in a class at Clover Park
9  Technical College. Therefore, plaintiff's complaint fails to state a claim upon which relief may be granted, and,
10 as such, must be **DISMISSED**. 28 U.S.C. §1915(e)(2)(B)(ii); *Franklin v. Murphy*, 745 F.2d 1221 (9th Cir.
11 1984).

12 **IT IS SO ORDERED.**

13 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
14 pro se.

15 Dated this 16th day of May, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE