# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS R. HOPKINS
        PLAINTIFF

      v.

DR. JOHN WALSTRUM, et al.,
        DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-5161RBL

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's complaint fails to state a claim upon which relief may be granted, and as such, must be DISMISSED.


May 18, 2007                                                                              BRUCE RIFKIN
                                                                                                         Clerk

                                                                                                        /s/  Pat Lefrois
                                                                                    Deputy Clerk